SMITH, Respondent, v. SCHENECTADY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Action by Oakley F. Smith against the

Schenectady Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.